ANNE TODD *v.* EDWARD A. JAZLOWIECKI

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 805, is denied.

*Stephen R. Corbiel,* in support of the petition.

Decided January 2, 1990

JEROME H. DIAMOND *v.* AUGUSTUS J. SIMMONS ET AL.

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 807, is denied.

*Otto P. Witt,* in support of the petition.

*Richard B. Laschever,* in opposition.

Decided January 2, 1990

STATE OF CONNECTICUT *v.* EARL ANDERSON

The defendant's petition for certification for appeal from the Appellate Court, 20 Conn. App. 271, is denied.

*Martin Zeldis,* assistant public defender, in support of the petition.

*Jacqueline J. Footman,* deputy assistant state's attorney, in opposition.